**STATE of Missouri, Respondent,**

v.

**Marlon L. JORDAN, Appellant.**

**No. WD 62452.**

Missouri Court of Appeals,
Western District.

June 29, 2004.

Kent Denzel, Columbia, MO, for appellant.

Richard Berkley Hicks, Columbia, MO, for respondent.

Before LOWENSTEIN, P.J., EDWIN H. SMITH and HOWARD, JJ.

### ORDER

PER CURIAM.

Marlon Jordan was charged with and convicted of resisting or interfering with arrest, Section 575.150.[1] Jordan contends that there was insufficient evidence to sustain his conviction.

The judgment is affirmed. Rule 30.25(b)

---

1. All statutory references are to RSMo. (2000) unless indicated otherwise.